# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA RENAVITZ, individually**,** and as Administrator and Personal Representative of the ESTATE of ROBERT RENAVITZ, deceased, | |
| Plaintiff(s), | Case No. 2:24-CV-10155 |
| | **NOTICE OF MOTION TO DISMISS** |
| v. | |
| | **MOTION DATE: FEBRUARY 18, 2025** |
| BOAR'S HEAD PROVISIONS CO., INC., STOP & SHOP SUPERMARKET COMPANY, JANE DOES 1-10, JON DOES 1-10, ABC CORPS. 1-10, XYZ EMPLOYER 1-X (fictitious names), | |
| Defendants. | |

    **PLEASE TAKE NOTICE** that on Tuesday, February 18, 2025, or as soon thereafter as counsel may be heard, Defendant The Stop & Shop Supermarket Company LLC ("Stop & Shop") will move the Honorable Jamel K. Semper, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint (Dkt. No. 1) with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, Stop & Shop relies on the attached Memorandum in Support of Its Motion to Dismiss the Complaint, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included with this Notice of Motion, pursuant to Local Civil Rule 7.1(e).

Dated:         January 15, 2025            Respectfully submitted,


*/s/Matthew Atha*
Matthew Atha
N.J. Bar No. 344132021
ALSTON & BIRD LLP
90 Park Ave
New York, NY 10016
Phone: (212) 210-9400
Matthew.Atha@alston.com

*/s/ Angela M. Spivey*
Angela M. Spivey*
GA Bar Number 672522
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Angela.Spivey@alston.com

*Pro Hac Vice* Motion Forthcoming

*Counsel for Defendant The Stop & Shop
Supermarket Company LLC*