UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ORDER**

LINDA RENAVITZ, individually, and as Administrator and Personal Representative of the ESTATE of ROBERT RENAVITZ, deceased,

Plaintiff(s),

v.

BOAR'S HEAD PROVISIONS CO., INC., STOP & SHOP SUPERMARKET COMPANY, JANE DOES 1-10, JON DOES 1-10, ABC CORPS. 1-10, XYZ EMPLOYER 1-X (fictitious names),

Defendants.

Case No. 2:24-CV-10155

### NOTICE OF DISMISSAL OF DEFENDANT THE STOP & SHOP SUPERMARKET COMPANY LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff Linda Renavitz dismisses without prejudice The Stop & Shop Supermarket Company LLC from the above-captioned matter.

---

[1] "The First, Third, Fifth, and Eighth circuits that Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment." *Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (citing *Young v. Wilky Carrier Corp.*, 150 F.2d 764, 765 (3d Cir. 1945)).

1

Respectfully submitted this 28th day of January, 2025.

*/s/ Francis Parisi*
Francis Parisi
N.J. Bar No. 111562014
CORRADINO & PAPA, LLC.
955 Allwood Road
Clifton, New Jersey 07012
Phone: (973) 574-1200
Francis@corradinoandpapa.com

*Counsel for Plaintiff*

So Ordered:

  *s/Jamel K. Semper*
Hon. Jamel K. Semper, U.S.D.J.
**Dated: January 30, 2025**