UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| LINDA RENAVITZ, individually, and as Administrator and Personal Representative of the ESTATE of ROBERT RENAVITZ, deceased,<br><br>Plaintiff (s),<br><br>vs.<br><br>BOAR'S HEAD PROVISIONS Co., INC., STOP & SHOP SUPERMARKET COMPANY, JANE DOES 1-10, JON DOES 1-10, ABC CORPS. 1-10., XYZ EMPLOYER I-X, (fictitious names),<br><br>Defendant(s). | 2:24-CV-10155-JKS-LDW<br><br>**NOTICE OF APPEARANCE** |

---

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in this action joining counsel of record Francis M. Parisi, Esq. on behalf of Plaintiff Linda Renavitz, individually, and as administrator and personal representative of the Estate of Robet Renavitz, and requests that any further notices of electronic filings related to this case be forwarded to Robert C. Papa, Jr., Esq. at rcpapa@corradinoandpapa.com, in addition to Francis M. Parisi's email.

Respectfully submitted,

CORRADINO & PAPA, LLC

By: _____
ROBERT C. PAPA, JR. ESQ.
*Attorneys for Plaintiff*
955 Allwood Road
Clifton, NJ 07012
Telephone: 973-574-1200
Facsimile: 973-274-1202

Dated: April 10, 2025