

# CORRADINO & PAPA, LLC

| | 955 ALLWOOD ROAD | |
|---|---|---|
| JACK VINCENT CORRADINO •▼◊+∗ | CLIFTON, NJ 07012 | ANGELO S. CATANZARITI •◊∗ |
| ROBERT C. PAPA, JR. •+∗ | TEL: (973) 574-1200 • FAX: (973) 574-1202 | NICHOLAS P. SCHROTER •▼∗ |
| MICHAEL R. SUCIC •∗ | www.corradinoandpapa.com | FRANCIS J. SWEENEY III •+∗ |
| JOSEPH A. DEFURIA •+∗ | | FRANCIS M. PARISI •∗ |
| TIMOTHY J. FONSECA •▼+∗ | | JACEK ZAPOTOCZNY • |
| | | NICHOLAS D. HANLEY • |



CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY +
PARTNER ∗

NJ BAR •
NY BAR ▼
DC BAR ◊

January 1, 2026

**VIA ECF**
Hon. Leda Dunn Wettre
United States Magistrate Judge
District of New Jersey, Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Renavitz v. Boar's Head Provisions Co. Inc.*, Case No. 2:24-cv-10155-JKS-LDW

Dear Judge Wettre:

      I intend to file a Motion in connection with my law firm's legal fees. I wish to protect the confidentiality of the settlement terms and, therefore, am aware that the substantive parts of the motion, which the Court will need to review, cannot be publicly filed on the electronic docket. Therefore, plaintiff seeks leave to file the motion for enhanced fees under seal pursuant to Local Rule 5.3 (c) (1) with the consent of defendants. However, if the Court finds that the procedure is unnecessary or improper, I respectfully submit to the Court's guidance on how to proceed to preserve judicial economy.

      I also spoke with Ms. Renavitz, who respectfully requests the opportunity to testify on this firm's enhanced fee application. It is respectfully requested that an in-person hearing be scheduled.

                                    Respectfully submitted,

                                    CORRADINO & PAPA, LLC

                  By:    */s/ Francis Parisi*
                              Francis M. Parisi, Esq.

cc: All counsel of records via ECF

*A PERSONAL INJURY LAW FIRM*