**CLOSED**

# UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Newark Division

| | |
|---|---|
| LINDA RENAVITZ,<br><br>        Plaintiff,<br><br>v.<br><br>BOAR'S HEAD PROVISION CO., INC., *et al.*,<br><br>        Defendants. | No. 2:24-cv-10155(JKS)(LDW)<br><br>**SO ORDERED.**<br><br>*/s/ Jamel K. Semper*<br>**HON. JAMEL K. SEMPER**<br>**United States District Judge**<br><br>**Dated: March 2, 2026** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel for Boar's Head Provisions Co., Inc., on the one hand, and Linda Renavitz, on the other hand, being the only remaining parties who have appeared in the above-captioned action, as defendant Stop and Stop Supermarket Company LLC was dismissed on or about January 28, 2025, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice. Each party shall bear its or her own costs and attorneys' fees.

[*signatures on following page*]

5143708.1

Dated: February 25, 2026

| | |
|---|---|
| CARRADINO & PAPA, LLC<br>By: _/s/ Francis Parisi_____<br>    Francis M. Parisi<br><br>    955 Allwood Road<br>    Clifton, New Jersey 07012<br>    Telephone: (973) 381-1706<br>    francis@corradinoandpapa.com<br><br>    *Counsel for Linda Renavitz* | SPENCER FANE LLP<br>By: _/s/ Courtney Howard_____<br>    Courtney I. Howard<br><br>    711 Third Avenue<br>    New York, New York 10017<br>    Telephone: (212) 907-7300<br>    cihoward@spencerfane.com<br><br>    *Counsel for Boar's Head*<br>    *Provisions Co., Inc.* |