

# CORRADINO & PARTNERS, LLC

JACK VINCENT CORRADINO •▼◊★
MICHAEL R. SUCIC •★
JOSEPH A. DEFURIA •+★
ANGELO S. CATANZARITI •◊★

955 ALLWOOD ROAD
CLIFTON, NJ 07012
TEL: (973) 574-1200 • FAX: (973) 574-1202
www.corradinoandpartners.com

NICHOLAS P. SCHROTER •▼★
FRANCIS J. SWEENEY III •+★
FRANCIS M. PARISI •★
JACEK ZAPOTOCZNY •
NICHOLAS D. HANLEY •

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY +
PARTNER ★

NJ BAR •
NY BAR ▼
DC BAR ◊



March 9, 2026

*Via ECF*
Hon. Leda Dunn Wettre
United States Magistradte udge
District of New Jersey, Martin Luther King Building & U.S. COURTHOUSE
50 Walnut Street
Newark, NJ 07101

   Re: *Renavitz v. Boar's Head Provisions Co. Inc.*
     *Case No.: 2:24-cv-10155-JKS-LDW*

Dear Judge Wettre:

  Currently pending before Your Honor is Motion Setting Attorneys' Fee pursuant to R. 1:21-7(f) returnable on March 16, 2026, which requests oral argument.

  It is respectfully requested that this Court kindly advises us which date is available for oral argument in connection with this motion. Kindly know that I am unavailable on March 12, 2026 because of my toddler son's medical procedure.

  Thank you for your attention to this matter.

         Respectfully submitted,

         CORRADINO & PAPA, LLC

     By: **/s/ Francis Parisi**
        Francis M. Parisi Esq.

FMP/eaf

A PERSONAL INJURY LAW FIRM